**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 04-2195**

───────────────

MARY E. IRVING,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, Commissioner of Social
Security Administration,

Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District Judge.
(CA-03-508-7)

───────────────

Submitted:  February 28, 2005          Decided:  March 23, 2005

───────────────

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Charles D. Bennett, Jr., Roanoke, Virginia, for Appellant.
Donna L. Calvert, Regional Chief Counsel, Patricia M. Smith, Deputy
Chief Counsel, Shawn C. Carver, Assistant Regional Counsel,
Philadelphia, Pennsylvania; John L. Brownlee, United States
Attorney, Julie C. Dudley, Assistant United States Attorney,
Roanoke, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mary E. Irving appeals the district court's order affirming the Commissioner's denial of Irving's claim for a period of disability and disability insurance benefits, and a subsequent order denying her motion for reconsideration. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2000); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have thoroughly reviewed the administrative record, the parties' briefs, and the district court's opinion and orders, and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Irving v. Barnhart, No. CA-03-508-7 (W.D. Va. May 14, 2004; July 21, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED